DATE *December 23, 2015*

66,553 -13

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 2 8 2015

Abel Acosta, Clerk

MR. Franklin carl jones
# 1224452 / Wanye Scott UNIT
6999 RETRIEVE RD.
ANGLETON , TEXAS  77515

RE: Writ of Mandamus and One Exhibit

Dear Clerk,

Please find enclosed one original of the Relator's Writ of Mandamus and one Exhibit. Please bring these documents to the attention of the  Justices of the Courts.

Thank you for your total attention on this foregoing matter.

This document contains some pages that are of poor quality at the time of imaging.

Sincerely Yours,

Mr. Franklin Carl Jones
TDCJ-ID # 1224452

P.S.

Once these documents are recieved by the clerk...I need to know what a total cost for the complete copy of the writ and all attached documents? Once again, Thank-You

CAUSE NO._____

FRANKLIN CARL JONES,          §
    RELATOR          §          THE COURT OFCRIMINAL APPEALS
              §
    V.          §
              §          IN AUSTIN , TEXAS
              §
CHRIS DANIEL,          §
    RESPONDENT          §

RELATOR'S WRIT OF MANDAMUS

To The Honorable Justice of said Court :

Comes now, Franklin Carl Jones, Relator herein, in support of this motion Relator will show this Honorable Court the following:

JURISDICTION

Jurisdiction for the Court of Criminal Appeals is invoked pursuant to Tex. Gov't. Code 22.221 andalso Texas Constitution Art.5§8.

I

This Mandamus is sought to compel the Harris County District Chris Daniel to perform a ministeriel act of which the clerk has no discreation. This duty is to forward Relator's 11.07 to the Court of Criminals within 35 days after Relator filed it if the trial court does not designate unresolved issues. Relator filed his 11.07 on March 9,2015. Therefore the trial court has now held Relator 11.07 over nine (9) MONTHS,AS SUCH PURSUANT TO Tex. Code Crim. Proc.Art. 11.07 § 3 (B) (C). Thr Respondence has a ministerial duty to immediately forward Relator's 11.07 to the Court of Criminal Appeals. This Honorable Court has previously faced with the same problems,and issued a writ of Mandamus to compel the District Clerk to immediately forward the 11.07 to the Court of Criminal Appeals. See Martin V. Hamlin,25 S.W. 3d 718,719( Tex. Crim. App. 2000): " the district Clerk has no authority to continue to hold Relator's application for Writ of Habeas Corpus and is under a ministerial duty to immediately forward the application and related records in 35 days pursuant to 11.07 §§ 3(B) (C),in Ex parte Terry Donald Martin,Writ no. W96-00065-P(A) in the 203rd Judicial District Court. We conditionally grant Mandamus relief and direct Respondent Daniel to comply with this opinion.

§§Relator as required by Tex. R. Crim. Proc. Rule 694 on Dec.2, 2015,sent the letter of intent to file a Writ of Mandamus if he did not forward the 11.07 to the Court of Criminal Appeals. See attached Exhibit A.

Wherefore,Premises Considered,Relator prays this Honorable Court grant this motion and issue an order to the Respondent to immediately forward Relator's 11.07 and all related documents to the Courtt of Criminal Appeals and grant Relator any other or additional relief he is justly entitled to,it is so prayed.

I,FRANKLIN CARL JONES,TDCJ-ID # 1224452,being incarcerated presently at the Wayne Scott Unit,in the TDCJ-ID in the County of Brazoria,Angleton,Texas 77515,declare under the penalty of perjury that all of the fact in the Writ of Mandamus are true and correct.

Executed on this 23Rd day of December ,2015.
DATE OF BIRTH DEC. 1, 1956 .

Under both Federal Law (28 U.S.C.§§ 1746) and State Law V.A.C.
Civ Proc. Remedies Code (132.001-132.003).

RESPECTFULLY SUBMITTED,

Franklin Carl Jones
FRANKLIN CARL JONES
# 1224452 / WAYNE SCOTT
6999 RETRIEVE RD.
ANGLETON,TEXAS   77515

---

CERTIFICATE OF SERVICE

I hereby certify that s true and correct copy of these documents
has been sent to the Respondent address to: Mr. Chris Daniel;
P.O.Box 4651; Houston,Texas 77210-4651 by placing a copy in the
U.S.mail-postage prepaid on this 23Rd day of DEC. ,2015.

Franklin Carl Jones
FRANKLIN CARL JONES
#1224452

Exhibit-A

DATE: _Dec. 2, 2015_

Mr. Franklin Carl Jones
# 1224452 / Wayne Scott Unit
6999 Retrieve RD.
Angleton, Texas 77515

RE : Writ of Habeas Corpus, Memprandum of Laws, and 3 Exhibits..

Dear Mr. Chris Daniel,

This letter is in regards to the above subject matter. Mr. Daniel, I have given you several notices compelling you to forward my writ an all attached documents to the proper trial court, which is District COURTROOM 185th. By the rules of this State--you have 35 days to forward my 11.07 Writ of Habeass Corpus, the memorandum of Laws, and the 3 Exhibits to the trial court. If you don't follow the rules under 11.07 Sec.3(b) that is govern by this Stat I intend to file my writ of mandamus compelling you to do so. Seeing that you are the district clerk for Harris County, has a ministerial duty to forward all mine's legal documents (11.07), Memorandum of Laws and 3 Exhibits to the proper court I given you notice that I intend to file a writ of mandamus under Rule 694. No mandamus without notice. See Martin v. Hamlin, 25 S.W. 3rd. 718 ( Tex. Crim. App.)

The district clerk has no authority to continue to hold Relator's application for writ of habeas corpus and is under a ministerial duty to immediately forward the application to the appeals court.

Respectfully Submitted,

_Mr. Franklin Carl Jones_

Mr. Franklin Carl Jones
# 1224452 / Wayne Scott Unit

C.C. / FILED _12/2/15_

DATE : _Sept. 15, 2015_

Franklin Jones
#1224452 / Scott Unit
6999 Retrieve RD.
Angleton, Texas 77515

RE : Writ of Habeas Corpus Memorandum of Laws and 3 Exhibits.

Dear Mr. Daniel,

First things first, Greeting. Secondly, this letter is in regards to the above subject matter that was filed with your office through the District Attorney Office between March 8 or 15, 2015. Why wasn't these documents filed with the proper trial court once you recieved them ? It's the district clerk duties to ensure that all legal documents ( writ of Habeas Corpus, memorandum of Laws, and 3 exhibits) are filed with the proper courts.

The district clerk are duty bound to ensure that all documents are to be forward to the proper courts once you have recieved them for the Judge ruling. Texas Government Code, Chapter 51, sub-chapter D. District Clerks specifically §§ 51.303 Duties and power of the District Clerk(s).

Your full cooperation on this forgoing matter will be most highly appreciated.

THANK-YOU,

Franklin Jones
Franklin Jones
#1224452

CAUSE NO._____

Ex Parte                              §         IN THE 185th JUDICIAL

FRANKLIN CARL JONES                   §         DISTRICT COURT OF
Applicant                             §         HARRIS COUNTY,TEXAS

### APPLICANT'S MOTION REQUESTING AN EVIDENTARY HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now FRANKLIN CARL JONES # 1224452,pro-se in this his 11.07 writ of habeas corpus,moves this court to hold an evidentiary hearing, and for good cause shows the following:

I

The applicant"s instant application contains sufficient specific facts establihing that : by a preponderance of the evidence, but for a violation of the United States Constitution no rational juror could have found the applicant guilty beyond a reasonable doubt.

II

Applicant asserts his actual innocence under the Schlup standard, in that, his rights under the Fourth, fifth, Sixth, and fourteent Ammendments of the United States Constitution were violated in order that a conviction could be had, where the want of jurisdiction arises from the facts.

III

Applicant's actual innocence under the Schlup involves questions of law and fact which can only be holding an evidentiary hearing.

IV

### AFFIDAVIT IN SUPPORT OF MOTION REQUESTING AN EVIDENTIARY HEARING

I, Frankiln Carl Jones, declare under the penalty of perjury that the foregoing is true and correct, and will testify under Oath to the same. I make this request in the interest of justice and not to unreasonably delay the execution of sentence or administration of justice.

I, Franklin Carl Jones is presently incarcerated in the Texas Department of Criminal Justice-Institution Division, Wanye Scott Unit, 6999 Retrieve RD., Angleton,texas 77515.

Executed on _December 23,_ 2015.

RESPECTFULLY SUBMITTED,

_Franklin Carl Jones_

FRANKLIN CARL JONES
PRO SE, TDCJ#1224452
WANYE SCOTT UNIT
6999 RETRIEVE RD.
ANGLETON,TEXAS 77515

## AFFIDAVIT OF SERVICE

I, Frankiln Carl Jones, a prisoner incarcerated at the Scott unit in Angleton, Texas ; Files this affidavit which are true and correct and being handmailed to the Clerk of the Court of Criminal Appeals in Austin, Texas, Executed December 23, 2015.

Franklin Carl Jones

Frankiln Carl Jones
#1224452 / Scott Unit
6999 RETIEVE RD.
ANGLETON, TEXAS 77515

2

CAUSE NO._____

| THE STATE OF TEXAS | § | IN THE 185th DISTRICT COURT |
| VS. | § | OF |
| FRANKLIN C. JONES | § | HARRIS COUNTY,TEXAS |

DEFENDANT'S MOTION TO SET ASIDE HIS JUDGEMENT ON
THE GROUND HE WAS INCOMPETENT TO STAND TRIAL....

TO THE HONONABLE JUDGE OF SAID COURT :

Now comes,Franklin C. Jones,Pro se in the above entitled style
and number cause of action,filing this motion to set aside his
judgement on the grounds he was Incompetent to stand trial enter
in this case and will respectfflly show unto this court the
following:

## JURISDICTION

This Hononable Court has jurisdictionunder article 39 of the
Texas Code of Criminal Procedure Art,1,setion 10 of bhe Texas
Constitution,and the fifth (5),sixth (6), and the fourteenth (14)
Ammendments to the United States Constitution,and the American
with Disability Act,Section 503 of the Rehabilation Act if 1964,
Revised §§1990 ADA. and Tex.Code Crim. Proc. Ann.46 D 2 2(A),(B).

## STATEMEN OF FACTS

Defendment Franklin Carl Jones,mental state of being at the time
of his trial on March 10,2004,was incompetent to stand trial and
don't remember any of the trial,due to his mental state of being.
Defendant Franklin Carl Jones,mental illness consist of a major
head injury,bipolar,major depression,schizbldeffective,and a
serious mental disorders. A psychiatrist had ordered a heavy dose
of medication for the defendant while he was being housed in the
HARRIS COUNTY JAIL for his panic attacks,hearing voices in his
head was steady getting louder.
The fact that the defendant Franklin Carl Jones has a serious
head injury since he was 4 years old and his mental state of
health problem all of his life. Defendant was harmed when the
prosecutor,the trial attorny and the court failedto disclose
information contained that the defendant could have raised the
insanity defence. Consequently,this conviction should be rever-
sed and set for a new trial and punishment phase,seeing that it
was tried before a jury. See Ex parte,Lewis,578 S.W.2d 697 (TEX.
CRIM.APP.1979. If the evidence raises a bonifide doubt as to his
competency and the extent and severity of the petition's history
of mental health problems which was brought to the courts atten-
tion. the conviction of a legally incompetent defendant violates
the due process. U.S.C.A. Const. Amend. 14.
A petitioner may on collateral review of his conviction,obtain
relief if he can show that the state procedure were inadequate to
ensure that he was competent to stand trial,for example,if the
trial court failed to conduct a competency hearing. See Carter
v. Johnson,131 F. 459 N. 10(5th Cir.1997) (citing Pate V.
Robinson,383 U.S.375 86 S. Ct.836,15 Ed.2d 815). A state court
must conduct an inquiry into the defendant's competency. If
the trial court recieved evidence,viewed objectively,that should
raise a reasonable doubt as to competency,yet failed to make
further inquiries,the defendant has been denied a fair trial. See
Carter,131 F.3d at 459 N.10,and Powell V. Alabama,53 S.Ct.55,
65 (1932). See exhibit A,Motion for New Trial.

We now turn to the issue of whether the district court acted within these due process boundaries in resolving the question of Jones' competency. Further, the petitioner request that this case be reassigned to a different Judge, to avoid the appearence of bias araising from the district court's biased to hold a competency hearing. See Johnson V. Sawyer, 120 F.3d 1307,1333 (5th sir 1997).

Appointed ccunsel, in the course of performing her official duty as defendant Franklin Jones' court appointed attorney did not exercise the use of her skills diligently as defendant's Jones attorney. Attorney Jill Wallace, and the HARRIS COUNTY PROSECUTOR WERE GROSSLY NEGLIGENT ON August 4, 2003, when they knew that defen dant Jones was incompetant to stand trial. See exhibits A, B, C, and D. Defence attorney and the prosecuter are not expert psychologist and do not posses the expertise to say if defendant Jones was competent or not being that the court, prosecutor nor his attorney had defendant Jones evaluated by M.H.M.R. or a licensed psychatrist at the HARRIS COUNTY JAIL before trial, which was/is required by law.

If they did not know, they should have known, it's their duty to have known when it was brought to the courts attention when they made referral to the defendant mental health records on August 4, 2003. See exhibitsa A, B, C and also exhibit D.

For the foregoing reasons stated herein the Motion To Set Aside the Judgement entered in this case should be GRANTED.

Wherefore, premises considered, the defendant respectfully prays that the Judgement be overturned and set aside in this case.

Respectfully Submitted,

*Franklin Carl Jones*

FRANKLIN CARL JONES
#1224452 / Scott unit
6999 RETRIEVE RD.
ANGLETON, TEXAS   77515


## Certificate of Service

I, Franklin Carl Jones, PETITIONER, DO HEREBY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING MOTION AND ORDER WAS PLACED IN THE WAYNE SCOTT UNIT MIALBOX, VIA FIRST CLASS MAIL, POSTAGE PREPAOD TO:

The County Clerk -- 185th
1201 Franklin St. RM. 17136
Houston , Texas   77002

Signed this   **23 Rd**   day of *December*, 2015.

*Franklin Carl Jones*

FRANKLIN CARL JONES, pro se

2

I, Franklin Carl Jones, T.D.C.J. number # 1224452, being presently incarcerated at the Wayne Scott Unit (RV) of the Texas Department of Criminal Justice in Brazoria County, Texas, declare under penalty of perjury that I am the Defendant in the above and foregoing pleadings, I have read said petition and the factual allegation of the same are true and correct.

Executed on this 23Rd day of December, 2015.

Franklin Carl Jones

Franklin Carl Jones, Pro se
# 1224452 / Scott Unit
6999 RETRIEVE RD.
ANGLETON, TEXAS 77515

CAUSE NO._____

THE STATE OF TEXAS　　　　§　　　IN THE 185th DISTRICT COURT
　　VS.　　　　　　　　　　　§　　　　　　　OF
FRANKLIN CARL JONES　　　　§　　　HARRIS COUNTY , TEXAS


Order Setting Aside Defendant's Judgement

On this _____ day of _____ , 2015 , Defendant's motion to set aside his Judgement on the ground He was incompetent to stand trial is thereby :

　　GRANTED_____　　　　　　　DENIED_____


_____

JUDGE PRESIDING

4

CAUSE NO. _____

FRANKLIN CARL JONES,                §
RELATOR                             §          COURT OF CRIMINAL APPEALS
                                    §
    V.                              §
                                    §
                                    §
CHRIS DANIEL,                       §                IN AUSTIN,TEXAS
    RESPONDENT.                     §

## RELATOR'S AFFIDAVIT OF PREVIOS FILING:

To the HONORABLE JUSTICE OF SAID COURT.
Comes now,Franklin Carl Jones,Relator herein proceeding Pro se
an In Forma Pauperis,in support of this motion will show this
Honorable Court the following ;

I.

§Relator filed a U.S.C §1983 in Bee County,Texas,the lawsuiw was
for a 8th Amendment Violation. Due to leaving the hand restrains
on his wrist to long and to tight which severed the ligements in
his right wrist. Cause no. 2:14-CV-423,Franklin Carl Jones  V.  Buck
Taylor. It is filed in the Southern District,Corpus Christi
Division.This lawsuit is still pending.
§§§  I also filed a U.S.C §§1983 in the Southern District Court,
Corpus Christi Division,cause no 2:09-CV-328.The facts are :
I was forced to pack and move all my property which violates my
medical weight lifting restriction (20LBS.). The two defendants
are CrystalTrevino and Arturo Ortiz. This prodeeded to jury trial
and the jury ruled against me.
§§I FILED A TORT CLAIM IN Bee County in the 343Rd Judicial Dist-
rict Court. Thiswas filed for Thief of PROPERTY,THE defendant
was Property Officer Valsequez. The suit was dismissed without
prejudice. Therefore,I have never had a lawsuit dismissed as
frivolous or malicious or even with preduice.
§§ I,Franklin Carl Jones #1224452,being presently incarcerated
in the Texas Department of Criminal Justice Division,at the Wayne
Scott UNIT located in Angleton,Texas,in B Brozoria County declare
under the penalty of perjury that the facts in this affidavit are
true and correct.

    Executed on this 23Rd day of DECEmbER,2015.

                            Respectfully Submitted,
                            Franklin Carl Jones
                            FRANKLIN CARL JONES
                            #1224452 / Wayne Scott Unit
                            6999 RETRIVE RD.
                            ANGLETON , TEXAS  77515

        Certificate of Service
I hereby certify that a true and correct copy of these documents
has been sent to the Respondent address to:Mr.Chris Daniel;
P.o.Box 4651;Houston.Texas 77210-4651,by placing a copy in the
U.S.mail-postage prepaid on this 23Rd day of DEC.,2015.

                            Franklin Carl Jones
                            FRANKLIN CARL JONES
                            #1224452

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# RECORDS RELEASE
# AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by _Court of Criminal Appeals_ (Identify Court, Attorney, or entity as defined in Rule 3 9 2 1-Special Correspondence Rules)

I, offender _FRANKLin CARl Jones_ , TDCJ# _1224452_ , being presently incarcerated at the _BRAZORIA/WAYNE Scott_ Unit/Facility of the Texas Department of Criminal Justice, in _BRAZORIA_ County, Texas declare under penalty of perjury that the foregoing is true and correct

Executed on this the _23rd_ day of _DECEMBER_ 20 _15_

By: _Franklin Carl Jones_ Witness _Carol M. Jennings_
(Offender Signature)     (Approved-Witnessing Authority Signature)

CAROL M. JENNINGS
Notary Public, State of Texas
My Commission Expires
07-09-2018
Notary Without Bond

INSTRUCTIONS:
1  The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative)
2  The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain
3  The witnessing authority prints out a copy of the offender's "TFBA" computer screen, certifies it, and retains a duplicate copy for their records
4  The offender is required to have an addressed, stamped envelope prepared for mailing  The witnessing authority then places a copy of the certified "TFBA" printout in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail

ATC01 – Authorization No. 1 (10/01)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
### _____ DIVISION

FRANKLIN CARL JONES #1224453
Plaintiff's name and ID Number

WAYNE Scott Unit (RV)
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS

Chris Daniel - P.O.Box 4651 - Houston, Tx. 77210-4651
Defendant's name and address

I, FRANKLiN C. Jones, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a.  Business, profession or from self-employment?        Yes ☐    No ☒
    b.  Rent payments, interest or dividends?                Yes ☐    No ☒
    c.  Pensions, annuities or life insurance payments?      Yes ☐    No ☒
    d.  Gifts or inheritances?                               Yes ☐    No ☒
    e.  Family or friends?                                   Yes ☐    No ☒
    f.  Any other sources?                                   Yes ☐    No ☒

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _____ N/A _____

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

    Yes ☐        No ☒

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _____ N/A _____

1

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☒

If you answered **YES**, describe the property and state its approximate value.

_____ N/A _____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___23Rd___ day of ___December___, 20 _15_.

___Franklin Carl (i)ones #1224452___
Signature of Plaintiff                    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)



```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12/23/15
1ES5/JC00Q56              IN-FORMA-PAUPERIS DATA                  15:20:12
TDCJ#: 01224452 SID#: 03446258 LOCATION: WAYNE SCOTT U    INDIGENT DTE:
NAME: JONES,FRANKLIN CARL             BEGINNING PERIOD: 06/01/15
PREVIOUS TDCJ NUMBERS: 00390126 00969899
CURRENT BAL:         17.23 TOT HOLD AMT:        0.00 3MTH TOT DEP:      348.52
6MTH DEP:           659.98 6MTH AVG BAL:       55.14 6MTH AVG DEP:      110.00
```

| MONTH | HIGHEST BALANCE | TOTAL DEPOSITS | MONTH | HIGHEST BALANCE | TOTAL DEPOSITS |
|-------|-----------------|----------------|-------|-----------------|----------------|
| 11/15 | 143.17 | 163.17 | 08/15 | 103.13 | 0.00 |
| 10/15 | 75.05 | 75.00 | 07/15 | 161.21 | 241.46 |
| 09/15 | 85.80 | 110.35 | 06/15 | 135.99 | 70.00 |

```
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Brazoria_
ON THIS THE **23** DAY OF _December_ ,**2015** I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____



CAROL M. JENNINGS
Notary Public. State of Texas
My Commission Expires
07-09-2018

Notary Without Bond